IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY THOMAS,**

    *Plaintiff*,

v.                                         Case No.: 4:24cv313-MW/MJF

**UNITED STATES SECURITES AND
EXCHANGE COMMISSION and
GARY GENSLER,**

    *Defendant.*
_____/

## ORDER GRANTING MOTION TO HOLD CASE IN ABEYANCE

This Court has considered, without hearing, Defendants' motion to hold case in abeyance, or in the alternative, to reset the return date to respond to the complaint to 60 days after Plaintiff has properly effectuated service. ECF No. 6. This Court agrees that the proper course of action is to hold this case in abeyance until Judge Seitz rules on Defendants' pending motion in the Southern District of Florida regarding Judge Seitz's 2004 injunction against Plaintiff. Accordingly, the motion, ECF No. 6, is **GRANTED**. This case is **STAYED** pending Judge Seitz's ruling on Defendants' pending motion in the Southern District of Florida. Defendants shall file a status report on or before three days after Judge Seitz rules on their pending motion. This Court also recognizes that Plaintiff has not had an opportunity to respond to the motion to hold this case in abeyance. This Court will reconsider this

Order upon motion from the Plaintiff, but he must articulate a valid reason for this Court to move forward with this case before Judge Seitz rules on the motion now before her.

**SO ORDERED on October 2, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
