UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

CASE NO. 4: 24-CV-313--MW/MAF

LEROY THOMAS, A/K/A,
LEEROY A THOMAS,

  PLAINTIFF.

V.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION, AND MARK
T. UYEDA, ACTING CHAIRMAN OF THE
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

  DEFENDANTS.
_____/

## STATUS REPORT

Pursuant to the Court's Order of February 25, 2025, defendants United States Securities and Exchange Commission ("Commission") and Mark T. Uyeda[1] respectfully file this Status Report concerning the matter *Leroy Thomas v. SEC et al.*, Case 1: 03-civ-23429-KMM (S.D. Fla.) ("S.D. Fla. Case,") before Judge Moore.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Chairman Uyeda is substituted as the correct public officer defendant.

On November 15, 2024, Judge Moore issued an Order (1) finding that Plaintiff violated that Court's May 6, 2004 Injunction; (2) denying Plaintiff's Motion to Transfer/Change Venue; and (3) enjoining Plaintiff from pursuing relief in this matter and filing any additional requests for relief encompassed by the 2004 Injunction without first receiving leave from that Court. On November 25, 2024, Plaintiff filed a Motion for Reconsideration of Judge Moore's November 15, 2024 Order. On December 17, 2024, Judge Moore issued a Paperless Order denying Plaintiff's Motion for Reconsideration. *See* S.D. Fla. Docket #95 (Docket Sheet attached as Exhibit 1). On December 23, 2024, Plaintiff filed a Renewed Motion for Reconsideration, *id*., Docket #97, which Judge Moore denied in a Paperless Order on January 14, 2025. *Id*., Docket #99.

Judge Moore has found that Plaintiff violated the injunction against his filing further complaints, barred him from further seeking relief without leave of court, and twice denied Motions for Reconsideration of those rulings. And, Judge Moore has not lifted the injunction and granted Plaintiff leave to file this matter. As a result, Plaintiff's matter here continues to be in violation of Judge Moore's injunction and this matter should be dismissed. *See Dinardo v. Palm Beach County Circuit Court Judge*, 199 Fed. Appx. 731, 736-37 (11th Cir. 2006) ("we have upheld dismissals of *pro se* actions where the plaintiffs, who were frequent litigators, violated injunctions prohibiting them from filing or attempting to initiate

2

any new lawsuits in any federal court without first obtaining leave of the court.")

              Respectfully submitted,

              TOM KARR
              ASSISTANT GENERAL COUNSEL
              DC BAR NO. 426340

              */s/Philip J. Holmes*
              PHILIP J. HOLMES
              SPECIAL TRIAL COUNSEL
              DC Bar No. 416757

              Securities and Exchange Commission
              100 F Street, N.E.
              Washington, D.C. 20549
              (202) 551-5163 (Karr)
              Fax: (202) 772-9263
              karrt@sec.gov

FEBRUARY 28, 2025

## **LOCAL RULE 5.1(F) CERTIFICATION**

I HEREBY CERTIFY that I electronically filed the foregoing Status Report with the Clerk of the Court using CM/ECF and a true and correct copy of the forgoing was served by email on February 28, 2025, and overnight mail on February 28, 2025, on plaintiff, Leroy Thomas at the following address:

LEROY THOMAS
493 SW TRAM ROAD
GREENVILLE, FL  33331
JFT05000@GMAIL.COM

                                           */s/ Philip J. Holmes*
                                           Philip J. Holmes