IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY THOMAS,**

  *Plaintiff*,

v.           Case No.: 4:24cv313-MW/MJF

**UNITED STATES SECURITES AND
EXCHANGE COMMISSION and
MARK T. UYEDA,**

  *Defendants.*

_____/

**ORDER DENYING MOTION TO LIFT STAY AND DISMISSING CASE**

  This Court has considered, without hearing, Plaintiff's motion to lift the stay or reconsider this Court's prior Order denying an earlier motion to lift the stay. ECF No. 18. In light of the Government's status report indicating that Judge Moore has determined that Plaintiff has violated the injunction prohibiting further actions such as this one without leave of court, *see* ECF No. 17, the motion to lift stay and/or reconsider the denial of the prior motion to lift stay, ECF No. 18, is **DENIED**. Given Judge Moore's determination that Plaintiff has violated the injunction in the Southern District of Florida by filing the present action without leave of court, Plaintiff's case is **DISMISSED** for violating the injunction prohibiting further filings absent leave of court with respect to claims arising out of Plaintiff's "missing

securities" in Case No. 1:03cv23429-KMM. *See* ECF No. 53 in Case No.: 1:03cv-23429-KMM (S.D. Fla. May 10, 2024) (Seitz, J.). The Clerk shall close the file.

**SO ORDERED on March 6, 2025.**

**s/Mark E. Walker**
**Chief United States District Judge**
